ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    kristina.green@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00375 CRB |
| Plaintiff, | **GOVERNMENT'S TRIAL WITNESS LIST** |
| v. | Judge: Hon. Charles R. Breyer |
| HENRY GEOFFREY WATSON, | Pretrial Conf.: August 31, 2023<br>Time: 2:00 p.m.<br>Trial Date: September 18, 2023 |
| Defendant. | |

The United States hereby submits its list of prospective witnesses who may be called to testify at trial in the above-captioned case, other than solely for impeachment or rebuttal.

1. Undercover Agent #1, Federal Bureau of Investigation[1]

2. Brenda Addison

3. Ryan Berkowitz

4. Josefina Booker

5. Christopher Calley

---

[1] Undercover Agent #1's identifiers have been provided to the defense, subject to the terms of the Protective Order.

6. Doroteo Castromero

7. Dr. William Chen

8. Maria Christian

9. Amanda Chung

10. Cecilia Eugenio

11. Tammy Ewers

12. James Folger

13. Parag Haribkakti

14. Lanae Jackson

15. Jason Jones

16. Jin Tae Kim

17. Luzminda Kugler

18. Alejandria Palpal Latoc

19. Marianne Palpal Latoc

20. Arkady Massen

21. Katelyn McKendrick

22. Tam Nguyen

23. Noridian Healthcare Solutions witness regarding Medicare enrollment process

24. Alex Oberlander

25. Kerisimasi Reynolds

26. Glennda Santos

27. Ernest Sari

28. Donald Seals

29. Dr. William Sheldon

30. Christa Shipman

31. Special Agent, Federal Bureau of Investigation, regarding Watson phone extraction

32. Dr. Lynette Stromberg

33. Omkar Talwadekar

34. Genine Turner

35. Federico Ventura

The government reserves the right to amend this list before trial and to call additional witnesses as may be necessary during trial.

DATED: August 22, 2023                               Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  /s/
                                                 KRISTINA GREEN
                                                 KATHERINE M. LLOYD-LOVETT
                                                 Assistant United States Attorneys