ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    kristina.green@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY GEOFFREY WATSON, <br><br> Defendant. | **CASE NO. CR 20-00375 CRB** <br><br> **UNITED STATES' PROPOSED DESCRIPTION OF THE CASE** <br><br> Judge:     Hon. Charles R. Breyer <br> Pretrial Conf.: August 31, 2023 <br> Time:     2:00 p.m. <br> Trial Date:   September 18, 2023 |

1 The government respectfully submits its Proposed Description of the Case. The government attempted to meet and confer with defense counsel concerning this filing but defense counsel indicated that he was not available to do so ahead of the August 22, 2023, deadline for the filing of this pleading. Accordingly, the government files this proposed form for itself alone.

**Description of the Case**

This is a criminal case brought by the United States against Dr. Henry Geoffrey Watson. Dr. Watson is presumed innocent of the charges.

The government has charged Dr. Watson with multiple counts related to conspiring to pay, solicit and receive, and soliciting and receiving, kickback payments in exchange for referring Medicare beneficiaries to home health agencies for services paid for by Medicare; executing a scheme to defraud Medicare by making false representations in connection with the delivery of and payment for healthcare services (health care fraud); and making materially false statements in connection with the delivery and payment of health care services.

Count One of the Superseding Indictment charges Dr. Watson with conspiring with others to pay, solicit, and receive kickback or bribe payments in exchange for Medicare beneficiary referrals to Amity Home Health for home health services to be paid for by Medicare. Counts Two through Five charge Dr. Watson with soliciting and receiving four specific kickback payments in exchange for Medicare beneficiary referrals to Amity on April 11, 2016, October 12, 2016, January 24, 2018, and June 7, 2018.

Counts Six and Seven charge Dr. Watson with soliciting and receiving two specific kickback payments in exchange for Medicare beneficiary referrals to a home health agency, referred to as HHA-Alpha in this case. These charges stem from an undercover operation in which Dr. Watson met with a purported representative of HHA-Alpha, but who was in fact a government agent. The government alleges that Dr. Watson entered into an agreement with this individual to refer Medicare beneficiaries to HHA-Alpha and he received kickback payments in exchange for these referrals.

Counts Nine through Sixteen charge Dr. Watson with engaging in a scheme to defraud Medicare and obtain money from Medicare by making materially false statements and representations to Medicare

1 in connection with the delivery of and payment for healthcare benefits and services. These counts
2 charge Dr. Watson with eight specific executions of this scheme between December 2015 February
3 2019. Specifically, the government alleges that Dr. Watson submitted false claims to Medicare
4 requesting payment for services related to supervision and certification of home health services related
5 to four Medicare beneficiaries despite the fact that these four patients did not need home health services
6 and were not eligible for such services.

Counts Seventeen through Twenty-Four charge Dr. Watson with making materially false statements in connection with the delivery and payment of health care benefits and services paid for by Medicare. These charges allege that Dr. Watson falsely represented on eight different occasions, between November 2016 and May 2018, that (a) a Medicare beneficiary was homebound or confirmed to his/her home and (b) that a Medicare beneficiary was in need of home health services. These false statements relate to five different Medicare beneficiaries.

Count Twenty-Five charges Dr. Watson with conspiring with others to pay, solicit, and receive kickback or bribe payments in exchange for Medicare beneficiary referrals to three different home health agencies—St. James Home Health, Inc., Onlyserve, Inc., and Premier Home Health—for home health services to be paid for by Medicare. Count Twenty-Six charges Dr. Watson with soliciting and receiving one specific kickback payment in exchange for Medicare beneficiary referrals to these home health agencies on November 27, 2018.

Dr. Watson denies the charges in the Superseding Indictment.

DATED: August 22, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
KRISTINA GREEN
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorneys