ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    kristina.green@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-375 CRB |
| Plaintiff, | **UNITED STATES' EXHIBIT LIST** |
| v. | Judge:     Hon. Charles R. Breyer<br>Pretrial Conf.: August 31, 2023 |
| HENRY GEOFFREY WATSON, | Time:     2:00 p.m.<br>Trial Date:   September 18, 2023 |
| Defendant. | |

    The United States hereby submits its Exhibit List in the above-captioned matter. The United States respectfully reserves its rights to revise this Exhibit List upon further review and as new evidence is discovered.

DATED:     August 22, 2023                                  Respectfully submitted,

                                                                                                                                   ISMAIL J. RAMSEY
                                                                                                                                   United States Attorney

                                                                                                             ___*/s/ Kristina Green*_____
                                                                                                            KRISTINA GREEN
                                                                                                            KATHERINE LLOYD-LOVETT
                                                                                                            Assistant United States Attorneys

| | | | United States v. Watson - Government Exhibit List | | |
|---|---|---|---|---|---|
| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
| 1 | FBI-00000279 | FBI-00000595 | Whatsapp messages btw Amanda Singh/Brenda Addison | | |
| 2 | FBI-00000596 | FBI-00001032 | Text messages btw Amanda Singh, Donald Seals, and Brenda Addison | | |
| 3 | FBI-00001076 | FBI-00001822 | Text messages between Amanda Singh and Brenda Addison | | |
| 4 | FBI-00010663 | FBI-00011477 | Texts between Amanda Singh and Kitu | | |
| 5 | FBI-00019601 | FBI-00019603 | Texts btw Amanda Singh and Brenda Addison (4/14/2018 - 8/8/2018) | | |
| 6 | FBI-00019609 | FBI-00019613 | Texts btw Amanda Singh, Brenda Addison, Donald Seals (4/3/2017) | | |
| 7 | FBI-00019614 | FBI-00019616 | Texts btw Brenda Addison and Amanda Singh (7/5/2018) | | |
| 8 | FBI-00133815 | FBI-00133828 | Amanda Singh and Amity employees group texts | | |
| 9 | HGW-00031009 | HGW-00031009 | Agent memo re: Wells Fargo accounts and check #5917 from Amity (Fremont bank x1173) that was cashed at branch by Watson | | |
| 10 | HGW-00031011 | HGW-00031014 | Records from Wells Fargo, incl. check #5917 and business record certification | | |
| 11 | HGW-00073143 | HGW-00073156 | Text messages between Hilda Tacorda and Reynolds | | |
| 12 | HGW-00073294 | HGW-00073379 | Texts btw Amanda Singh and Tam Ngyuen | | |
| 13 | HGW-00073380 | HGW-00073414 | Texts btw Amanda Singh, Hilda Tacorda, and Tam Ngyuen | | |
| 14 | HGW-00073415 | HGW-00073477 | Texts btw Hilda Tacorda, Tam Nguyen, Amanda Singh | | |
| 15 | HGW-00092685 | HGW-00092690 | Texts btw Amanda Singh, Glennda Santos, and Brenda Addison (9/5/2017) | | |
| 16 | HGW-00092691 | HGW-00092693 | Texts btw Amanda Singh, Glennda Santos, and Brenda Addison (8/15/2017) | | |
| 17 | HGW-00092694 | HGW-00092696 | Texts btw Henry Watson and Glennda Santos | | |
| 18 | HGW-00092832 | HGW-00093365 | Text messages btw Amanda Singh, Glennda Santos, Brenda Addison | | |
| 19 | HGW-00093375 | HGW-00093378 | Texts btw Henry Watson and Amanda Singh | | |
| 20 | HGW-00093382 | HGW-00093503 | Roberta Anderson patient records (Amity referral) | | |
| 21 | HGW-00093504 | HGW-00093766 | Tony Armstrong patient records (Amity referral) | | |
| 22 | HGW-00093767 | HGW-00093833 | Tonia Bonner patient records (Amity referral) | | |
| 23 | HGW-00093834 | HGW-00094104 | Patricia Bringman patient recrods (Amity referral) | | |
| 24 | HGW-00094105 | HGW-00094591 | Brenda Frazier patient records (Amity referral) | | |
| 25 | HGW-00094592 | HGW-00094676 | Lillian Gibson patient records (Amity referral) | | |
| 26 | HGW-00094677 | HGW-00095366 | Shelly Handy patient records (Amity referral) | | |
| 27 | HGW-00095367 | HGW-00095520 | Ernestine Haynes patient records (Amity referral) | | |
| 28 | HGW-00095521 | HGW-00095650 | Dwayne Hines patient records (Amity referral) | | |
| 29 | HGW-00095651 | HGW-00096239 | Dell House patient records (Amity referral) | | |
| 30 | HGW-00096240 | HGW-00097022 | Tinnette Jackson patient records (Amity referral) | | |
| 31 | HGW-00097023 | HGW-00097152 | Alena Jones Smith patient records (Amity referral) | | |
| 32 | HGW-00097153 | HGW-00097233 | Cledhill Jones patient records (Amity referral) | | |
| 33 | HGW-00097234 | HGW-00097328 | Maria Lara patient records (Amity referral) | | |
| 34 | HGW-00097329 | HGW-00097818 | Ida Moffett patient records (Amity referral) | | |
| 35 | HGW-00097819 | HGW-00098205 | Donald Sims patient records (Amity referral) | | |
| 36 | HGW-00098206 | HGW-00098507 | Billye Thompson patient records (Amity referral) | | |
| 37 | HGW-00098508 | HGW-00098633 | Latonya Westley patient records (Amity referral) | | |
| 38 | HGW-00098634 | HGW-00098781 | Marilyn Wright patient records (Amity referral) | | |
| 39 | US-00108950 | US-00108950 | Amanda Singh phone content | | |
| 40 | HGW-00101403 | HGW-00101510 | Texts btw Amanda Singh and Massen | | |
| 41 | HGW-000987948 | HGW-00101402 | Texts btw Glennda Santos and Amanda Singh | | |
| 42 | HGW-00101511 | HGW-00103118 | Texts btw Amanda Singh and Minah | | |
| 43 | US-00108956 | US-00108956 | Texts btw Henry Watson and Brenda Addison | | |
| 44 | US-00428709 | US-00428713 | Amity Home Health record for Shelly Handy | | |
| 45 | US-00428715 | US-00428716 | Amity Home Health record for Shelly Handy | | |
| 46 | US-00428819 | US-00428819 | Amity Home Health record for Shelly Handy | | |

| Exhibit No. | Bates Beg. | Bates End | United States v. Watson - Government Exhibit List Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| 47 | US-00428821 | US-00428821 | Amity Home Health record for Shelly Handy | | |
| 48 | US-00428834 | US-00428834 | Amity Home Health record for Shelly Handy | | |
| 49 | US-00428837 | US-00428837 | Amity Home Health record for Shelly Handy | | |
| 50 | US-00428841 | US-00428844 | Amity Home Health record for Shelly Handy | | |
| 51 | US-00428861 | US-00428866 | Amity Home Health record for Shelly Handy | | |
| 52 | US-00430105 | US-00430106 | Amity Home Health record for Shelly Handy | | |
| 53 | US-00430109 | US-00430109 | Amity Home Health physician order for Billye Thompson | | |
| 54 | US-00430117 | US-00430117 | Amity Home Health record for Shelly Handy | | |
| 55 | US-00428703 | US-00428704 | Amity Home Health record for Shelly Handy | | |
| 56 | HGW-00073043 | HGW-00073043 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 57 | HGW-00073044 | HGW-00073044 | 10/20/2022 letter from Qlarant (Ryan Berkowitz) to Mckendrick re: Qlarant claims data (R-220908-00006) | | |
| 58 | HGW-00073045 | HGW-00073045 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 59 | HGW-00073046 | HGW-00073046 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 60 | HGW-00073047 | HGW-00073047 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 61 | HGW-00073048 | HGW-00073048 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 62 | HGW-00073049 | HGW-00073049 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 63 | HGW-00073050 | HGW-00073050 | Business certification re: Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 64 | HGW-00073051 | HGW-00073051 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 65 | HGW-00073052 | HGW-00073134 | Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 66 | HGW-00073961 | HGW-00073962 | Memo re: Qlarant data re: Watson, Amity, Premier, St. James, Onlyserve (R-220908-00006) | | |
| 67 | FBI-00013553 | FBI-00014139 | Fremont bank records for Advent, Amity, Amanda Singh and others (x1173) | | |
| 68 | FBI-00014143 | FBI-00016062 | ADP Bank records | | |
| 69 | FBI-00133896 | FBI-00133896 | Bank of America bank records for Christian Boarding Home business record certification (x4707), Onlyserve (x1638), Maria Christian (x2853) | | |
| 70 | FBI-00133897 | FBI-00134638 | Bank of American deposit slips | | |
| 71 | HGW-00001673 | HGW-00002213 | Torrey Pines Bank account records x3806 (Watson) | | |
| 72 | HGW-00002215 | HGW-00002755 | Torrey Pines Bank account records x3806 (Watson) | | |
| 73 | HGW-00014302 | HGW-00023222 | Records from Bank of America re Dwight and Julie Lubrin, Leticia Velasco, Maria Christian, Rabi Ghosh, Rakesh Kumar | | |
| 74 | HGW-00023892 | HGW-00023892 | Bank of America business record certification for x9267 | | |
| 75 | HGW-00023894 | HGW-00024155 | Bank of America records for Christian Boarding Home (x9267) | | |
| 76 | HGW-00031027 | HGW-00031027 | Bank of the Orient business record certification | | |
| 77 | HGW-00031037 | HGW-00032159 | Bank of the Orient bank records (Watson x1755, x2474, x2154, x602; Preventive Care Properties LLC x 9240; Arlington Medical Center x 9876) | | |
| 78 | HGW-00033091 | HGW-00033091 | CMS business record certification | | |
| 79 | HGW-00050926 | HGW-00058523 | Wells Fargo Bank Records (incl. for Watson account x1114) | | |

| Exhibit No. | Bates Beg. | Bates End | United States v. Watson - Government Exhibit List<br>Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| 80 | HGW-00058526 | HGW-00058526 | Citibank business record certification for Lubrins bank account | | |
| 81 | HGW-00058533 | HGW-00058707 | Citibank account records for Lubrins (x9646) | | |
| 82 | HGW-00073647 | HGW-00073944 | Torrey Pines Bank account records x3806 (Watson) | | |
| 83 | HGW-00078044 | HGW-00078052 | Medicare enrollment record summary (Noridien) | | |
| 84 | TBD | TBD | Maria Christian x4707 Bank of America bank records | | |
| 85 | US-00108956 | US-00108956 | Henry Watson phone content | | |
| 86 | US-00109669 | US-00109669 | Premier and St. James bank records | | |
| 87 | US-00109712 | US-00109712 | St. James bank records | | |
| 88 | US-00109715 | US-00109715 | St. James bank records | | |
| 89 | US-00194574 | US-00196299 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), 2859, 3015, 7671, 8718 | | |
| 90 | US-00196300 | US-00196553 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), 9558 | | |
| 91 | US-00196554 | US-00196867 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-1114 | | |
| 92 | US-00196868 | US-00196871 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-1299 | | |
| 93 | US-00196872 | US-00196872 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-2503 | | |
| 94 | US-00196873 | US-00197296 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-3015 | | |
| 95 | US-00197297 | US-00197299 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-4710 | | |
| 96 | US-00197300 | US-00197504 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-4744 | | |
| 97 | US-00197505 | US-00197928 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(107), XXXX-8718 | | |
| 98 | US-00197929 | US-00198069 | Henry (Geoffrey) Watson Financial Records from Western Alliance Bank, 1A(207), XXXX-3806 | | |
| 99 | US-00198070 | US-00198223 | Henry (Geoffrey) Watson Financial Records from Western Alliance Bank, 1A(207), XXXX-7973 | | |
| 100 | US-00198224 | US-00198311 | Henry (Geoffrey) Watson Financial Records from Western Alliance Bank, 1A(207), XXXX-9364 | | |
| 101 | US-00198312 | US-00198324 | Henry (Geoffrey) Watson Financial Records from Western Alliance Bank, 1A(207), XXXX-X208 | | |
| 102 | US-00198325 | US-00198490 | Henry (Geoffrey) Watson Financial Records from Citi, 1A(211), XXXX-3917 | | |
| 103 | US-00198491 | US-00198492 | Henry (Geoffrey) Watson Financial Records from Citi, 1A(211), XXXX-9115 | | |
| 104 | US-00198493 | US-00198560 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-0180 | | |
| 105 | US-00198561 | US-00198583 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-0932 | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 106 | US-00198584 | US-00198656 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-1114 ( | | |
| 107 | US-00198657 | US-00198725 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-3479 | | |
| 108 | US-00198726 | US-00198730 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-4683 | | |
| 109 | US-00198731 | US-00198963 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-5701 | | |
| 110 | US-00198964 | US-00199002 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-5817 | | |
| 111 | US-00199003 | US-00200148 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-5862 | | |
| 112 | US-00200149 | US-00200232 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-7671 | | |
| 113 | US-00200233 | US-00200233 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(214), XXXX-9558 | | |
| 114 | US-00200234 | US-00200237 | Henry (Geoffrey) Watson Financial Records from Wells Fargo Bank, 1A(215), XXXX-1114 | | |
| 115 | US-00412812 | US-00412814 | Wells Fargo bank records for Amity Home Health (WF x3890) | | |
| 116 | US-00413159 | US-00413161 | Wells Fargo bank records for Amity Home Health (WF x3890) | | |
| 117 | US-00413408 | US-00413409 | Wells Fargo bank records for Amity Home Health (WF x3890) | | |
| 118 | US-00414415 | US-00414415 | Wells Fargo Bank Records (incl. for Watson account x1114) | | |
| 119 | HGW-00000915 | HGW-00000917 | OI-3- Federico Ventura 02.12.2021 with audio file | | |
| 120 | HGW-00000928 | HGW-00000928 | OI-3- Luzminda and Leonard Kugler 02.12.2021_final_210212_1037.mp3 | | |
| 121 | HGW-00000943 | HGW-00000945 | OI-3- Palpal Latocs 02.12.2021 with audio file | | |
| 122 | HGW-00000948 | HGW-00000948 | OI-3-Doreteo Castromero 02.12.2021_final_210212_1157.mp3 | | |
| 123 | HGW-00000951 | HGW-00000951 | OI-3-Romeo and Rebecca Revocal 02.12.2021_final_210212_1313.mp3 | | |
| 124 | HGW-00000952 | HGW-00000952 | Cecilia Eugenio and Betty Valmoriva (2/3/21) - 210203_1001.mp3 | | |
| 125 | HGW-00000953 | HGW-00000953 | Betty Valmoriva (2/3/2021) - 210203_1032.mp3 | | |
| 126 | HGW-00000954 | HGW-00000954 | Cecilia Eugenio (2/3/2021) - 210203_1103.mp3 | | |
| 127 | HGW-00000955 | HGW-00000955 | Federico Ventura (2/3/2021) - 210203_1344.mp3 | | |
| 128 | HGW-00000956 | HGW-00000956 | Luzminda Kugler (2/3/2021) - 210203_1423.mp3 | | |
| 129 | HGW-00000957 | HGW-00000957 | Leonard Kugler/ Luzminda Kugler present for the interview (2/3/2021) - 210203_1507.mp3 | | |
| 130 | HGW-00000958 | HGW-00000958 | Romeo and Rebecca Revocal (2/3/2021) - 210203_1619.mp3 | | |
| 131 | HGW-00002771 | HGW-00002771 | Business records certificate from St. James | | |
| 132 | HGW-00002772 | HGW-00002981 | St. James Patient records for Cecilia Eugenio | | |
| 133 | HGW-00003249 | HGW-00003318 | St. James Patient records for Doreteo Castromero | | |
| 134 | HGW-00003319 | HGW-00003470 | St. James Patient records for Alejandria Palpal Latoc | | |
| 135 | HGW-00003471 | HGW-00003538 | St. James Patient records for Federico Ventura | | |
| 136 | HGW-00004330 | HGW-00004330 | Business records certificate from OnlyServe | | |
| 137 | HGW-00004361 | HGW-00004530 | OnlyServe Patient records for Federico Ventura | | |
| 138 | HGW-00004624 | HGW-00004654 | OnlyServe Patient records for Alejandria Palpal Latoc | | |
| 139 | HGW-00004655 | HGW-00004874 | OnlyServe Patient records for Cecilia Eugenio | | |
| 140 | HGW-00004875 | HGW-00004958 | OnlyServe Patient records for Luzminda Krugler | | |

| | | United States v. Watson - Government Exhibit List | | | |
|---|---|---|---|---|---|
| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
| 141 | HGW-00004996 | HGW-00005082 | OnlyServe Patient records for Doreteo Castromero | | |
| 142 | HGW-00005452 | HGW-00005513 | Dr. William Chen patient records for Luzminda Kugler | | |
| 143 | HGW-00005781 | HGW-00005833 | Dr. William Chen patient records for Doroteo Castromero | | |
| 144 | HGW-00005834 | HGW-00005936 | Dr. William Chen patient records for Cecilia Eugenio | | |
| 145 | HGW-00036030 | HGW-00036032 | Business records certificate for Frederico Ventura patient records from Contra Costa health services | | |
| 146 | HGW-00036033 | HGW-00036210 | Contra Costa Health Services patient records for Federico Ventura (incl. Dr. Will Sheldon) | | |
| 147 | HGW-00067893 | HGW-00067893 | Business records certificate for Alejandria Palpal-Latoc patient records from Contra Costa health services | | |
| 148 | HGW-00068125 | HGW-00068125 | Business records certificate from Premier | | |
| 149 | HGW-00068126 | HGW-00068245 | Premier Patient records for Doreteo Castromero | | |
| 150 | HGW-00068246 | HGW-00068542 | Premier Patient records for Cecilia Eugenio | | |
| 151 | HGW-00068875 | HGW-00069222 | Premier Patient records for Alejandria Palpal Latoc | | |
| 152 | HGW-00070100 | HGW-00070179 | Abraham Palpal-Latoc patient records (OnlyServe) (Devero) | | |
| 153 | HGW-00070180 | HGW-00070286 | Abraham Palpal-Latoc patient records (OnlyServe) (Devero) | | |
| 154 | HGW-00070287 | HGW-00070448 | Abraham Palpal-Latoc patient records (OnlyServe) (Devero) | | |
| 155 | HGW-00070449 | HGW-00070526 | Alejandria Palpal Latoc patient records (Onlyserve) (Devero) | | |
| 156 | HGW-00070527 | HGW-00070634 | Alejandria Palpal Latoc patient records (Onlyserve) (Devero) | | |
| 157 | HGW-00070635 | HGW-00070766 | Alejandria Palpal Latoc patient records (Onlyserve) (Devero) | | |
| 158 | HGW-00070767 | HGW-00070918 | Cecilia Eugenio patient records (Premier) (Devero) | | |
| 159 | HGW-00070919 | HGW-00071018 | Cecilia Eugenio patient records (Premier) (Devero) | | |
| 160 | HGW-00071019 | HGW-00071127 | Ceclia Eugenio patient records (Premier) (Devero) | | |
| 161 | HGW-00071128 | HGW-00071231 | Ceclia Eugenio patient records (Premier) (Devero) | | |
| 162 | HGW-00071232 | HGW-00071375 | Doroteo Castromero patient records (Premier) (Devero) | | |
| 163 | HGW-00071376 | HGW-00071469 | Doroteo Castromero patient records (Premier) (Devero) | | |
| 164 | HGW-00071470 | HGW-00071581 | Leonard Kugler patient records (St James) (Devero) | | |
| 165 | HGW-00071582 | HGW-00071688 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 166 | HGW-00071689 | HGW-00071759 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 167 | HGW-00071760 | HGW-00071825 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 168 | HGW-00071826 | HGW-00071890 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 169 | HGW-00071891 | HGW-00072030 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 170 | HGW-00072031 | HGW-00072091 | Luzminda Kugler patient records (Onlyserve) (Devero) | | |
| 171 | HGW-00072092 | HGW-00072202 | Frederico Venturo patient records (St. James) (Devero) | | |
| 172 | HGW-00072203 | HGW-00072319 | Frederico Venturo patient records (St. James) (Devero) | | |
| 173 | HGW-00073033 | HGW-00073042 | Premier Home Health license and voided check | | |
| 174 | HGW-00075582 | HGW-00075609 | 4/17/2017 letter from CMS/Noridien to Watson re: Medicare overpayment | | |
| 175 | HGW-00076655 | HGW-00076655 | 11/1/2022 letter from Benjamin Chen (Qlarant) to Jin Tae Kim re: Watson Part B data (RFI-210226-00006) | | |
| 176 | HGW-00076656 | HGW-00076656 | Business certification for Part B Qlarant data (RFI-210226-00006) | | |
| 177 | HGW-00076657 | HGW-00076657 | Qlarant data re: Watson Part B claims (R-220908-00006); business record certification HGW-00076656 | | |
| 178 | HGW-00076658 | HGW-00076658 | Qlarant data re: Watson Part B claims (R-220908-00006); business record certification HGW-00076656 | | |

| Exhibit No. | Bates Beg. | Bates End | United States v. Watson - Government Exhibit List<br>Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| 179 | HGW-00067899 | HGW-00068045 | Alejandra Palpal-Latoc patient records from Contra Costa Health Services (West County Health Center) | | |
| 180 | TBD | TBD | PMI G-code home healthcare plan oversight billing record forms (Carolyn Harris) | | |
| 181 | TBD | TBD | Watson G-0180 billing register detail incl. for Cecilia Eugenio | | |
| 182 | US-00425050 | US-00425052 | Alert Home Health record for Billye Thompson | | |
| 183 | US-00427211 | US-00427215 | Watson patient records for Cecilia Eugenio (Watson) | | |
| 184 | US-00427317 | US-00427317 | La'Nae's Daily Schedule (Watson office SW) | | |
| 185 | US-00427351 | US-00427351 | Home Health Care Plan Oversight Billing Report - Watson (for Orlando Jones) (Watson office SW) | | |
| 186 | US-00427410 | US-00427413 | Watson patient records for Alejandria Palpal Latoc  (Watson) | | |
| 187 | US-00429439 | US-00429439 | Home Health Care Plan Oversight Billing Report - Watson (for Barbara Kang) (Watson office SW) | | |
| 188 | US-00434341 | US-00434373 | Watson patient records for Doroteo Castromero (Watson) | | |
| 189 | US-00434374 | US-00434425 | Watson patient records for Cecilia Eugenio (Watson) | | |
| 190 | US-00437830 | US-00437846 | Watson office instructions for billing (Watson office SW) | | |
| 191 | US-00437385 | US-00437388 | Watson superbill, treatment notes, and St James referral form for Felomino Narvaez (Watson office SW) | | |
| 192 | HGW-00033093 | HGW-00033210 | 3/23/2017 CMS letter to Watson re: requesting medical records for review | | |
| 193 | HGW-00033211 | HGW-00033226 | 1995 Documentation Guidelines for Evaluation and Management Services | | |
| 194 | HGW-00033227 | HGW-00033316 | Aug. 2016 CMS Evaluation and Management Services Guide | | |
| 195 | HGW-00033318 | HGW-00033334 | 8/9/2014-9/25/2016 Review of Watson claims (Safeguard Services) | | |
| 196 | HGW-00077473 | HGW-00077478 | 5/19/2017 email chain between Genine Turner, Watson and PMI re: billing | | |
| 197 | HGW-00077479 | HGW-00077481 | 5/31/2017 email chaing between Genine Turner, Watson and PMI re: billing | | |
| 198 | HGW-00077483 | HGW-00077484 | 6/9/2017 email from Parag Hari (PMI) to Genine Turner et al. re: billing steps | | |
| 199 | HGW-00077485 | HGW-00077487 | 6/8/2017 email from Genine Turner to PMI re: billing questions | | |
| 200 | HGW-00077488 | HGW-00077489 | 6/10/2017 email chain between PMI and Genine Turner et al. re: superbill questions | | |
| 201 | HGW-00077493 | HGW-00077493 | 6/16/2017 email from PMI to Genine Turner et al  re: superbill questions from PMI | | |
| 202 | HGW-00077496 | HGW-00077521 | 7/17/2017 email chain between PMI and Genine Turner re: billing summaries and sharing info. with Watson | | |
| 203 | HGW-00077539 | HGW-00077540 | 8/2/2017 email chain between Lanae Jackson-Baptiste, PMI, and Watson re: system being down and sending superbills | | |
| 204 | HGW-00077545 | HGW-00077550 | 8/29/2017 email chain between Genine Turner, Watson and PMI re: billing questions | | |
| 205 | HGW-00077552 | HGW-00077556 | 9/8/2017 email from Genine Turner to PMI and attached August 2017 Watson practice summary report | | |
| 206 | HGW-00077559 | HGW-00077560 | 10/26/2017 email from Genine Turner to  PMI re: payments to Watson | | |
| 207 | HGW-00077565 | HGW-00077565 | 12/7/2017 email from Genine Turner to PMI re: Watson checking on status of payments | | |
| 208 | HGW-00077567 | HGW-00077567 | 12/29/2017 email from PMI to Genine Turner et al re: patient claiming Watson office collected payment but also paid by insurance | | |
| 209 | HGW-00077571 | HGW-00077579 | 1/5/2018 email chain between PMI and Watson's office re: December 2017 report and billing questions | | |
| 210 | HGW-00077580 | HGW-00077586 | 2/13/2018 email from PMI to Genine Turner, Lanae et al. re: Omar Staples marking wrong billing code and correction to code | | |
| 211 | HGW-00077588 | HGW-00077610 | 4/7/2018 email from PMI to Watson re: Feb. 2018 billing report | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 212 | HGW-00077611 | HGW-00077633 | 4/10/2018 email chain between PMI and Watson office, incl. Genine Turner, re: Medicare audit and G0181 billing codes | | |
| 213 | HGW-00077716 | HGW-00077717 | Two 8/1/2017 superbill code sheets signed by Watson (from PMI) | | |
| 214 | HGW-00000306 | HGW-00000315 | Preventative Network Medicare Enrollment_Watson - 8/21/2019 (855-B) (Group Practice Enrollment) | | |
| 215 | HGW-00000329 | HGW-00000334 | Watson 855-B Group Practice Enrollment (10/2/2019) | | |
| 216 | HGW-00000416 | HGW-00000420 | 8/16/2019 Medicare enrollment application reassignment of Medicare benefits (855R) (Preventive Care Network Medical Services) | | |
| 217 | HGW-00000475 | HGW-00000478 | 12/2/2015 Watson Electronic Funds Transfer Authorization Agreement | | |
| 218 | HGW-00033335 | HGW-00033399 | Watson patient records from Medicare | | |
| 219 | HGW-00033400 | HGW-00033429 | Watson patient records from Medicare | | |
| 220 | HGW-00033430 | HGW-00033482 | Watson patient records from Medicare | | |
| 221 | HGW-00033483 | HGW-00033604 | Watson patient records from Medicare | | |
| 222 | HGW-00033605 | HGW-00033672 | Watson patient records from Medicare (Doroteo Castromero) | | |
| 223 | HGW-00033673 | HGW-00033815 | Watson patient records from Medicare | | |
| 224 | HGW-00033816 | HGW-00033864 | Watson patient records from Medicare (Cecilia Eugenio) | | |
| 225 | HGW-00033865 | HGW-00033871 | 2/2/2017 letter from Watson to CMS Safeguard providing medical records for review | | |
| 226 | HGW-00033872 | HGW-00033918 | Watson patient records from Medicare | | |
| 227 | HGW-00033919 | HGW-00034047 | Watson patient records from Medicare (Felomino Narvaez) | | |
| 228 | HGW-00034048 | HGW-00034181 | Watson patient records from Medicare (Abraham Palpal Latoc) | | |
| 229 | HGW-00034182 | HGW-00034209 | Watson patient records from Medicare (Rebecca Revocal) | | |
| 230 | HGW-00034210 | HGW-00034239 | Watson patient records from Medicare (Romeo Revocal) | | |
| 231 | HGW-00034240 | HGW-00034255 | Watson patient records (Jovita Soriano) | | |
| 232 | HGW-00034256 | HGW-00034325 | Watson patient records (Venancio Viray) | | |
| 233 | HGW-00034326 | HGW-00034394 | Watson patient records (Luzviminda Viray) | | |
| 234 | HGW-00034395 | HGW-00034400 | 1/4/2017 letter from CMS Safeguard to Watson re: reopening claims from 8/9/2014 - 9/25/2016 (incls. Cecilio Eugenio and Doroteo Castromero) | | |
| 235 | HGW-00034401 | HGW-00034437 | 2/11/2013 Watson Medicare enrollment application and certification (Form 855R - reassignment of benefits and 855I - medicare enrollment application) (KND Development) | | |
| 236 | HGW-00034441 | HGW-00034458 | 1/10/2012 Watson Medicare enrollment application (Form 855) (855R- reassigned benefits - Healthy Communities) | | |
| 237 | HGW-00034459 | HGW-00034473 | 12/13/2018 Watson Medicare Participating Physician or Supplier Agreement (CMS-460) | | |
| 238 | HGW-00034474 | HGW-00034510 | 2/11/2013 Watson Medicare enrollment application and certification (Form 855) | | |
| 239 | HGW-00034516 | HGW-00034522 | 12/26/2017 Medicare Appliation Data Report (PMI billing agency) | | |
| 240 | HGW-00034523 | HGW-00034529 | 12/28/2017 Medicare Application Data Report (PMI billing agency) | | |
| 241 | HGW-00034533 | HGW-00034533 | Medicare enrollment excel Form 855 application tracker (App. # 1129060207) | | |
| 242 | HGW-00034534 | HGW-00034534 | 1/2/2018 email from Medicare provider enrollment to Genine Turner confirming Watson Medicare enrollment application finalized | | |
| 243 | HGW-00034535 | HGW-00034537 | 1/2/2018 letter from Noridian/ CMS to Genine Turner confirming Watson Medicare enrollment application approved | | |
| 244 | HGW-00034538 | HGW-00034547 | 8/21/2018 Medicare Application Data Report (ERS Medical Billing billing agency) | | |
| 245 | HGW-00034548 | HGW-00034549 | 8/22/2018 Medicare Application Date Report | | |
| 246 | HGW-00034550 | HGW-00034555 | Watson Medicare Application Information | | |
| 247 | HGW-00034556 | HGW-00034573 | 12/13/2019 email chain between Genine Turner and Lisa Lynch Part B provider enrollment rep re: Watson enrollment | | |
| 248 | HGW-00034574 | HGW-00034578 | 10/1/2019 Watson Medicare certification statement (Form 855B) | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 249 | HGW-00034579 | HGW-00034581 | 10/3/2019 Watson Medicare Electronic Funds Transfer Authorization Agreement | | |
| 250 | HGW-00034582 | HGW-00034587 | 10/2/2019 email chain between Lisa Lynch Part B provider enrollment and Genine Turner re: Watson enrollment | | |
| 251 | HGW-00034588 | HGW-00034592 | 10/1/2019 email chain between Lisa Lynch Part B provider enrollment and Genine Turner re: Watson enrollment | | |
| 252 | HGW-00034593 | HGW-00034594 | 9/24/2019 email from Lisa Lynch to Genine Turner re: receipt of Medicare enrollment application | | |
| 253 | HGW-00034596 | HGW-00034598 | 1/31/2019 Watson Medicare Electronic Funds Transfer Authorization Agreement | | |
| 254 | HGW-00034599 | HGW-00034600 | 1/31/2019 Watson Medicare enrollment certification (incl. false claims and kickbacks) | | |
| 255 | HGW-00034601 | HGW-00034602 | Watson Medicare Electronic Funds Transfer Authorization Agreement | | |
| 256 | HGW-00034603 | HGW-00034608 | 10/3/2019 Watson ownership interest information and billing agency (Rapid Express Managed Care Reimbursements) | | |
| 257 | HGW-00034637 | HGW-00034639 | Preventive Care Network Medical Services Articles of Incorporation | | |
| 258 | HGW-00034640 | HGW-00034654 | 12/13/2018 Watson Medicare Participating Physician or Supplier Agreement | | |
| 259 | HGW-00034656 | HGW-00034660 | 6/16/2019 Medicare Enrollment Application | | |
| 260 | HGW-00034661 | HGW-00034664 | 10/4/2019 Noridian letter to Genine Turner re: Medicare enrollment application approved | | |
| 261 | HGW-00034671 | HGW-00034674 | 10/20/2015 Watson Electronic Funds Transfer Authorization Agreement | | |
| 262 | HGW-00034683 | HGW-00034685 | 12/11/2015 letter from Noridian to Watson re: updated Medicare enrollment information and notice about strict compliance with Medicare regulations | | |
| 263 | | | *Blank* | | |
| 264 | HGW-00077650 | HGW-00077655 | P.B. referral to American and medical records (American) (4/26/2017) | | |
| 265 | | | *Blank* | | |
| 266 | HGW-00077657 | HGW-00077664 | J.H. referral to American and medical records (American) (7/3/2017) | | |
| 267 | | | *Blank* | | |
| 268 | HGW-00077666 | HGW-00077668 | R.Y. referral to American and medical records (American) (7/5/2017) | | |
| 269 | | | *Blank* | | |
| 270 | HGW-00077670 | HGW-00077674 | R.Y. referral to American and medical records (American) (7/5/2017) | | |
| 271 | | | *Blank* | | |
| 272 | HGW-00077675 | HGW-00077677 | E.W. referral to American and medical record (American) (7/3/2017) | | |
| 273 | | | *Blank* | | |
| 274 | HGW-00077679 | HGW-00077685 | J.D. referral to American and medical record (American) (6/27/2017) | | |
| 275 | | | *Blank* | | |
| 276 | HGW-00077687 | HGW-00077687 | R.Y. referral to American (American) (7/11/2017) | | |
| 277 | | | *Blank* | | |
| 278 | HGW-00077691 | HGW-00077696 | R.Y. referral to American and medical records (American) (3/2/2017) | | |
| 279 | HGW-00077698 | HGW-00077703 | A.O. referral to American and medical records (American) (8/11/2017) | | |
| 280 | | | *Blank* | | |
| 281 | HGW-00077707 | HGW-00077713 | S.M. referral to American and medical records (American) (5/18/2017) | | |
| 282 | HGW-00092760 | HGW-00092782 | E.M. patient records from American (American) | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 283 | HGW-00103224 | HGW-00103225 | 4/14/2017 - transcript of call between Glennda Santos and CS | | |
| 284 | HGW-00103219 | HGW-00103223 | 4/14/2017 - transcript of call between Glennda Santos and UC following Watson meeting | | |
| 285 | HGW-00103123 | HGW-00103123 | 4/14/2017 - text from Glennda Santos to CS: "Dr Watson after 11 am" | | |
| 286 | HGW-00103124 | HGW-00103124 | 9/29/2017 text message between UC and Watson re: arranging meeting with Watson to pay him for introduction to Taylor (UC: "I had a very pleasant meeting with dr. Taylor. Can I stop by now and thank you in person? If you're not available now I will come back some other day."  Watson: "Today is fine.  Come to the back and call me.") | | |
| 287 | US-00000056 | US-00000058 | 3/23/2017 - FBI and CS report of CS meeting with Glennda Santos | | |
| 288 | US-00000059 | US-00000059 | 3/23/2017 - recording of CS meeting with Glennda Santos | | |
| 289 | US-00000064 | US-00000064 | 4/3/2017 - recording of CS, UCE and Glennda Santos meeting | | |
| 290 | US-00000065 | US-00000069 | 3/23/2017 - transcript of CS meeting with Glennda Santos | | |
| 291 | US-00000077 | US-00000152 | 4/3/2017 - transcript of CS, UCE, and Glennda Santos meeting | | |
| 292 | US-00000186 | US-00000186 | 4/24/2017 - recording of call between UC and Watson | | |
| 293 | US-00000187 | US-00000192 | 4/24/2017 - transcript of recorded call between UC and Watson | | |
| 294 | US-00000201 | US-00000201 | 4/14/2017 text btw Watson and UC re: meeting | | |
| 295 | US-00000203 | US-00000203 | 4/14/2017 - recording of call between Glennda Santos and UC following Watson meeting (grey video on) | | |
| 296 | US-00000204 | US-00000204 | 4/14/2017 -recording of meeting between CS, UCE, and Watson | | |
| 297 | US-00000205 | US-00000205 | 4/14/2017 - recording of call between Glennda Santos and UC following Watson meeting (audio only) (same recording as US-00000203) | | |
| 298 | US-00000207 | US-00000245 | 4/14/2017 - transcript of meeting between CS, UCE and Watson | | |
| 299 | US-00000248 | US-00000248 | 4/14/2017 - audio and video recording of meeting between CS, UCE, and Watson | | |
| 300 | US-00000249 | US-00000249 | 4/14/2017 - audio and video recording of meeting between CS, UCE, and Watson (con't) | | |
| 301 | US-00000257 | US-00000257 | 4/14/2017 text btw Watson and UC re: meeting | | |
| 302 | US-00000258 | US-00000258 | 5/2/2017 - recording of meeting between UC and Watson | | |
| 303 | US-00000259 | US-00000273 | 5/2/2017 - transcript of meeting between UC and Watson | | |
| 304 | US-00000326 | US-00000326 | 5/2/2017 - audio and video recording of meeting between UC and Watson | | |
| 305 | US-00000381 | US-00000381 | 5/2/2017 - audio and video recording of meeting between UC and Watson cont'd | | |
| 306 | US-00000489 | US-00000489 | 5/2/2017 - audio and video recording of meeting between UC and Watson cont'd | | |
| 307 | US-00001405 | US-00001405 | 6/29/2017 - audio recording of meeting between UC and Watson | | |
| 308 | US-00001406 | US-00001429 | 6/29/2017 - transcript of recording of meeting between UC and Watson | | |
| 309 | US-00001697 | US-00001697 | 6/29/2017 - audio video recording of meeting between UC and Watson | | |
| 310 | US-00001751 | US-00001751 | 6/29/2017 - audio video recording of meeting between UC and Watson cont'd | | |
| 311 | US-00001805 | US-00001805 | 6/29/2017 - audio video recording of meeting between UC and Watson cont'd | | |
| 312 | US-00002618 | US-00002621 | 9/29/2017 - transcript of recording of meeting between UC and Watson | | |
| 313 | US-00002629 | US-00002629 | 9/29/2017 audio and video recording of meeting between UC and Watson | | |
| 314 | US-00002630 | US-00002630 | 9/29/2017 audio and video recording of meeting between UC and Watson cont'd | | |
| 315 | US-00002677 | US-00002677 | 9/19/2017 - audio recording of meeting between UC and Watson | | |
| 316 | US-00002678 | US-00002713 | 9/19/2017 - transcript of meeting between UC and Watson | | |
| 317 | US-00002716 | US-00002716 | 9/19/2017 - audio and video recording of meeting between UC and Watson | | |
| 318 | US-00002718 | US-00002718 | 9/19/2017 - audio and video recording of meeting between UC and Watson cont'd | | |
| 319 | US-00002719 | US-00002719 | 9/19/2017 - audio and video recording of meeting between UC and Watson cont'd | | |
| 320 | US-00002720 | US-00002720 | 9/19/2017 - audio and video recording of meeting between UC and Watson cont'd | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 321 | US-00109528 | US-00109535 | Cooperating witness phone extractions | | |
| 322 | US-00109531 | US-00109531 | 4/14/2017 - recording of call between Glennda Santos and CS (clip 1) | | |
| 323 | US-00109531 | US-00109531 | 4/14/2017 - recording of call between Glennda Santos and CS (clip 2) | | |
| 324 | US-00109847 | US-00109847 | Undercover agent phone extractions | | |
| 325 | US-00428170 | US-00428599 | Watson patient records for J.D. (Watson) | | |
| 326 | US-00429732 | US-00430038 | Watson patient records for S.M. (Watson) | | |
| 327 | US-00439222 | US-00439362 | A.O. patient records from American (American) | | |
| 328 | US-00441325 | US-00441386 | E.R. patient records from American (American) | | |
| 329 | US-00441530 | US-00441640 | E.W. patient records from American (American) | | |
| 330 | US-00442036 | US-00442036 | List of patients whom American did not accept (incl. M.D.) | | |
| 331 | US-00442472 | US-00442637 | American patient records for J.D. (American) | | |
| 332 | US-00446769 | US-00446898 | R.Y. patient records from American (American) | | |
| 333 | US-00450404 | US-00450413 | S.M. patient records from American (American) | | |
| 334 | WATSON-PATIENT-00003144 | WATSON-PATIENT-00003455 | Watson patient records for R.Y. | | |
| 335 | WATSON-PATIENT-00006259 | WATSON-PATIENT-00006262 | P.B. medical records (Watson's medical records) | | |
| 336 | WATSON-PATIENT-00006263 | WATSON-PATIENT-00006266 | P.B. medical records (Watson's medical records) | | |
| 337 | WATSON-PATIENT-00006267 | WATSON-PATIENT-00006280 | P.B. medical records (Watson's medical records) | | |
| 338 | WATSON-PATIENT-00006281 | WATSON-PATIENT-00006325 | P.B. medical records (Watson's medical records) | | |
| 339 | WATSON-PATIENT-00006326 | WATSON-PATIENT-00006336 | P.B. medical records (Watson's medical records) | | |
| 340 | WATSON-PATIENT-00006337 | WATSON-PATIENT-00006348 | P.B. medical records (Watson's medical records) | | |
| 341 | WATSON-PATIENT-00006349 | WATSON-PATIENT-00006381 | P.B. medical records (Watson's medical records) | | |
| 342 | WATSON-PATIENT-00006382 | WATSON-PATIENT-00006394 | P.B. medical records (Watson's medical records) | | |
| 343 | WATSON-PATIENT-00006395 | WATSON-PATIENT-00006783 | Watson patient records for J.D. (Watson) | | |
| 344 | WATSON-PATIENT-00006784 | WATSON-PATIENT-00007089 | Watson patient records for S.M. (Watson) | | |
| 345 | WATSON-PATIENT-00008765 | WATSON-PATIENT-00009894 | Watson patient records for J.H. (Watson) | | |
| 346 | WATSON-PATIENT-00009895 | WATSON-PATIENT-00010436 | Watson patient records for M.D. (Watson) | | |
| 347 | WATSON-PATIENT-0008163 | WATSON-PATIENT-00008215 | Watson patient records for E.W. | | |
| 348 | HGW-00073160 | HGW-00073164 | Amity checks to Reynolds | | |
| 349 | HGW-00073171 | HGW-00073171 | Amity checks to Reynolds | | |
| 350 | HGW-00073211 | HGW-00073211 | 4/17/2018 text between Glennda Santos and Reynolds re: making money | | |
| 351 | HGW-00002769 | HGW-00002770 | 2/25/2021 Letter from Rabi Ghosh (St. James) re: St James and Watson | | |
| 352 | HGW-00004331 | HGW-00004332 | 2/25/2021 Letter from Rabi Ghosh (Onlyserve) re: Onlyserve and Watson | | |
| 353 | HGW-00104642 | HGW-00104642 | Texts btwn Amanda Singh and Dr. Massen, dated 1/4/2019 (extracted from Exhibit 39) | | |
| 354 | HGW-00104643 | HGW-00104646 | Texts btwn Amanda Singh and Dr. Massen, dated 11/5/2018 (extracted from Exhibit 39) | | |
| 355 | HGW-00104647 | HGW-00104650 | Texts btwn Amanda Singh and Dr. Massen, dated 12/19/2018 (extracted from Exhibit 39) | | |
| 356 | HGW-00104651 | HGW-00104656 | Texts btwn Amanda Singh and Dr. Massen, dated 8/4/2017 (extracted from Exhibit 39) | | |
| 357 | HGW-00104657 | HGW-00104657 | Texts btwn Amanda Singh and Dr. Massen, dated 9/4/2018 (extracted from Exhibit 39) | | |
| 358 | HGW-00104658 | HGW-00104659 | Texts btwn Amanda Singh and Dr. Massen, dated 9/6/2017 (extracted from Exhibit 39) | | |
| 359 | HGW-00104660 | HGW-00104662 | Whatsap messages between Amanda Singh and Brenda Addison, dated 1/24/2018 (extracted from Exhibit 1) | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 360 | HGW-00104663 | HGW-00104664 | Whatsap messages between Amanda Singh and Brenda Addison, dated 6/12/2018 (extracted from Exhibit 1) | | |
| 361 | HGW-00104665 | HGW-00104665 | Whatsap messages between Amanda Singh and Brenda Addison, dated 9/18/2018 (extracted from Exhibit 1) | | |
| 362 | HGW-00104666 | HGW-00104667 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/10/2018 (extracted from Exhibit 2) | | |
| 363 | HGW-00104668 | HGW-00104668 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/11/2018 (extracted from Exhibit 2) | | |
| 364 | HGW-00104669 | HGW-00104669 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/15/2018 (extracted from Exhibit 2) | | |
| 365 | HGW-00104670 | HGW-00104670 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/16/2018 (extracted from Exhibit 2) | | |
| 366 | HGW-00104671 | HGW-00104671 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/19/2018 (extracted from Exhibit 2) | | |
| 367 | HGW-00104672 | HGW-00104673 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/23/2018 (extracted from Exhibit 2) | | |
| 368 | HGW-00104674 | HGW-00104674 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/26/2018 (extracted from Exhibit 2) | | |
| 369 | HGW-00104675 | HGW-00104675 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/29/2018 (extracted from Exhibit 2) | | |
| 370 | HGW-00104676 | HGW-00104676 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/5/2018 (extracted from Exhibit 2) | | |
| 371 | HGW-00104677 | HGW-00104677 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/8/2018 (extracted from Exhibit 2) | | |
| 372 | HGW-00104678 | HGW-00104678 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 1/9/2018 (extracted from Exhibit 2) | | |
| 373 | HGW-00104679 | HGW-00104679 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 11/28/2017 (extracted from Exhibit 2) | | |
| 374 | HGW-00104680 | HGW-00104680 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/14/2017 (extracted from Exhibit 2) | | |
| 375 | HGW-00104681 | HGW-00104681 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/15/2017 (extracted from Exhibit 2) | | |
| 376 | HGW-00104682 | HGW-00104682 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/18/2017 (extracted from Exhibit 2) | | |
| 377 | HGW-00104683 | HGW-00104686 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/20/2017 (extracted from Exhibit 2) | | |
| 378 | HGW-00104687 | HGW-00104687 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/21/2017 (extracted from Exhibit 2) | | |
| 379 | HGW-00104688 | HGW-00104689 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/22/2017 (extracted from Exhibit 2) | | |
| 380 | HGW-00104690 | HGW-00104690 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/27/2017 (extracted from Exhibit 2) | | |
| 381 | HGW-00104691 | HGW-00104691 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/28/2017 (extracted from Exhibit 2) | | |
| 382 | HGW-00104692 | HGW-00104692 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/29/2017 (extracted from Exhibit 2) | | |
| 383 | HGW-00104693 | HGW-00104694 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 12/5/2017 (extracted from Exhibit 2) | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 384 | HGW-00104695 | HGW-00104695 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/1/2018 (extracted from Exhibit 2) | | |
| 385 | HGW-00104696 | HGW-00104697 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/13/2018 (extracted from Exhibit 2) | | |
| 386 | HGW-00104698 | HGW-00104698 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/15/2018 (extracted from Exhibit 2) | | |
| 387 | HGW-00104699 | HGW-00104700 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/16/2018 (extracted from Exhibit 2) | | |
| 388 | HGW-00104701 | HGW-00104701 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/2/2018 (extracted from Exhibit 2) | | |
| 389 | HGW-00104702 | HGW-00104702 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/27/2018 (extracted from Exhibit 2) | | |
| 390 | HGW-00104703 | HGW-00104703 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 2/6/2018 (extracted from Exhibit 2) | | |
| 391 | HGW-00104704 | HGW-00104704 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 3/2/2018 (extracted from Exhibit 2) | | |
| 392 | HGW-00104705 | HGW-00104706 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 3/27/2018 (extracted from Exhibit 2) | | |
| 393 | HGW-00104707 | HGW-00104707 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 3/6/2018 (extracted from Exhibit 2) | | |
| 394 | HGW-00104708 | HGW-00104708 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 3/9/2018 (extracted from Exhibit 2) | | |
| 395 | HGW-00104709 | HGW-00104710 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/10/2017 (extracted from Exhibit 2) | | |
| 396 | HGW-00104711 | HGW-00104711 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/10/2018 (extracted from Exhibit 2) | | |
| 397 | HGW-00104712 | HGW-00104712 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/11/2018 (extracted from Exhibit 2) | | |
| 398 | HGW-00104713 | HGW-00104713 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/18/2018 (extracted from Exhibit 2) | | |
| 399 | HGW-00104714 | HGW-00104714 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/20/2018 (extracted from Exhibit 2) | | |
| 400 | HGW-00104715 | HGW-00104715 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/21/2018 (extracted from Exhibit 2) | | |
| 401 | HGW-00104716 | HGW-00104716 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/25/2018 (extracted from Exhibit 2) | | |
| 402 | HGW-00104717 | HGW-00104717 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 4/4/2018 (extracted from Exhibit 2) | | |
| 403 | HGW-00104718 | HGW-00104718 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 5/10/2018 (extracted from Exhibit 2) | | |
| 404 | HGW-00104719 | HGW-00104719 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 5/23/2018 (extracted from Exhibit 2) | | |
| 405 | HGW-00104720 | HGW-00104720 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 5/30/2018 (extracted from Exhibit 2) | | |
| 406 | HGW-00104721 | HGW-00104721 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 6/11/2018 (extracted from Exhibit 2) | | |
| 407 | HGW-00104722 | HGW-00104722 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 6/22/2018 (extracted from Exhibit 2) | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 408 | HGW-00104723 | HGW-00104723 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 6/26/2018 (extracted from Exhibit 2) | | |
| 409 | HGW-00104724 | HGW-00104724 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 6/6/2018 (extracted from Exhibit 2) | | |
| 410 | HGW-00104725 | HGW-00104725 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 6/8/2018 (extracted from Exhibit 2) | | |
| 411 | HGW-00104726 | HGW-00104726 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 7/12/2018 (extracted from Exhibit 2) | | |
| 412 | HGW-00104727 | HGW-00104727 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 8/15/2018 (extracted from Exhibit 2) | | |
| 413 | HGW-00104728 | HGW-00104728 | Texts btwn Amanda Singh, Brenda Addison and Donald Seals, dated 8/2/2018 (extracted from Exhibit 2) | | |
| 414 | HGW-00104729 | HGW-00104729 | Texts btwn Amanda Singh and Brenda Addison, dated 4/21/2017 (extracted from Exhibit 3) | | |
| 415 | HGW-00104730 | HGW-00104731 | Texts btwn Amanda Singh and Brenda Addison, dated 8/14/2018 (extracted from Exhibit 3) | | |
| 416 | HGW-00104732 | HGW-00104733 | Texts btwn Amanda Singh and Brenda Addison, dated 8/2/2018 (extracted from Exhibit 3) | | |
| 417 | HGW-00104734 | HGW-00104734 | Texts btwn Amanda Singh and Kirat Kaur, dated 10/13/2017 (extracted from Exhibit 4) | | |
| 418 | HGW-00104735 | HGW-00104736 | Texts btwn Amanda Singh and Kirat Kaur, dated 7/10/2017 (extracted from Exhibit 4) | | |
| 419 | HGW-00104737 | HGW-00104739 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 8/15/2017 (extracted from Exhibit 18) | | |
| 420 | HGW-00104740 | HGW-00104745 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 8/18/2017 (extracted from Exhibit 18) | | |
| 421 | HGW-00104746 | HGW-00104746 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 8/21/2017 (extracted from Exhibit 18) | | |
| 422 | HGW-00104747 | HGW-00104748 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 8/2/2017 (extracted from Exhibit 18) | | |
| 423 | HGW-00104749 | HGW-00104749 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 8/28/2017 (extracted from Exhibit 18) | | |
| 424 | HGW-00104750 | HGW-00104752 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 9/1/2017 (extracted from Exhibit 18) | | |
| 425 | HGW-00104753 | HGW-00104753 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 9/19/2017 (extracted from Exhibit 18) | | |
| 426 | HGW-00104754 | HGW-00104761 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 9/5/2017 (extracted from Exhibit 18) | | |
| 427 | HGW-00104762 | HGW-00104764 | Texts btwn Amanda Singh, Glennda Santos and Brenda Addison, dated 9/5/2017 (extracted from Exhibit 18) | | |
| 428 | HGW-00104765 | HGW-00104770 | Texts btwn Amanda Singh and Glennda Santos, dated 5/4/2018 (extracted from Exhibit 39) | | |
| 429 | HGW-00104771 | HGW-00104773 | Texts btwn Amanda Singh and Mina, dated 1/24/2018 (extracted from Exhibit 39) | | |
| 430 | HGW-00104774 | HGW-00104774 | Texts btwn CW and Glennda Santos, dated 4/14/2017 | | |
| 431 | HGW-00104775 | HGW-00104777 | Texts btwn Amanda Singh and Tam Nguyen, dated 11/13/2017 (extracted from Exhibit 12) | | |
| 432 | HGW-00104778 | HGW-00104779 | Texts btwn Amanda Singh and Tam Nguyen, dated 12/1/2018 (extracted from Exhibit 12) | | |
| 433 | HGW-00104780 | HGW-00104782 | Texts btwn Amanda Singh and Tam Nguyen, dated 3/30/2018 (extracted from Exhibit 12) | | |

| Exhibit No. | Bates Beg. | Bates End | United States v. Watson - Government Exhibit List<br>Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| 434 | HGW-00104783 | HGW-00104785 | Texts btwn Amanda Singh and Tam Nguyen, dated 4/26/2017 (extracted from Exhibit 12) | | |
| 435 | HGW-00104786 | HGW-00104786 | Texts btwn Amanda Singh and Tam Nguyen, dated 4/4/2017 (extracted from Exhibit 12) | | |
| 436 | HGW-00104787 | HGW-00104787 | Texts btwn Amanda Singh and Tam Nguyen, dated 7/11/2017 (extracted from Exhibit 12) | | |
| 437 | HGW-00104788 | HGW-00104788 | Texts btwn Amanda Singh and Tam Nguyen, dated 9/7/2018 (extracted from Exhibit 12) | | |
| 438 | HGW-00104789 | HGW-00104791 | Texts btwn Hilda Tacorda, Amanda Singh and Tam Nguyen, dated 4/17/2018 (extracted from Exhibit 13) | | |
| 439 | HGW-00104792 | HGW-00104792 | Texts btwn Hilda Tacorda and Tam Nguyen, dated 1/9/2019 (extracted from Exhibit 14) | | |
| 440 | HGW-00104793 | HGW-00104793 | Texts btwn Hilda Tacorda and Tam Nguyen, dated 2/16/2017 (extracted from Exhibit 14) | | |
| 441 | HGW-00104794 | HGW-00104794 | Texts btwn Hilda Tacorda and Tam Nguyen, dated 8/2/2017 (extracted from Exhibit 14) | | |
| 442 | HGW-00104795 | HGW-00104795 | Texts btwn Hilda Tacorda and Tam Nguyen, dated 9/29/2017 (extracted from Exhibit 14) | | |
| 443 | HGW-00104796 | HGW-00104798 | Texts btwn Hilda Tacorda and Kerisimasi Reynolds, dated 10/26/2017 (extracted from Exhibit 11) | | |
| 444 | HGW-00104799 | HGW-00104799 | Texts btwn Hilda Tacorda and Kerisimasi Reynolds, dated 11/17/2017 (extracted from Exhibit 11) | | |
| 445 | HGW-00104800 | HGW-00104800 | Texts btwn Hilda Tacorda and Kerisimasi Reynolds, dated 11/25/2017 (extracted from Exhibit 11) | | |
| 446 | HGW-00104801 | HGW-00104802 | Texts btwn Hilda Tacorda and Kerisimasi Reynolds, dated 9/21/2017 (extracted from Exhibit 11) | | |
| 447 | HGW-00104803 | HGW-00104804 | Texts btwn Hilda Tacorda and Kerisimasi Reynolds, dated 9/7/2017 (extracted from Exhibit 11) | | |
| 448 | HGW-00104805 | HGW-00104813 | Texts btwn Brenda Addison and Henry Watson, dated 9/8/2017, 9/11/2017, 9/12/2017, 9/15/2017, 9/28/2017, 9/28/2017, 10/4/2017, 10/11/2017, 10/13/2017 and 10/17/2017 | | |
| 449 | HGW-00104814 | HGW-00104828 | Texts btwn Maria Christian and Henry Watson, dated 1/27/2018, 1/31/2018, 3/6/2018, 3/16/2018, 3/28/2018, 4/4/2018, 9/24/2018, 10/30/2018, 11/8/2018, 11/26/2018, 11/27/2018, 12/11/2018 and 12/12/2018 | | |
| 450 | HGW-00104829 | HGW-00104831 | Texts btwn CW and Henry Watson, dated 4/17/2017, 4/20/2017 and 4/28/2017 | | |
| 451 | HGW-00104832 | HGW-00104834 | Texts btwn Rabi Ghosh and Henry Watson, dated 6/5/2017, 7/21/2017 and 8/1/2017 | | |
| 452 | HGW-00104835 | HGW-00104835 | Texts btwn Dwight Lubrin and Henry Watson, dated 8/10/2017 | | |
| 453 | HGW-00104836 | HGW-00104841 | Texts btwn Glennda Santos and Henry Watson, dated 8/8/2017, 9/8/2017, 9/14/2017, 9/15/2017, 12/21/2017, 12/23/2017, 10/31/2018 and 12/5/2018 | | |
| 454 | HGW-00104842 | HGW-00104848 | Texts btwn UCE and Henry Watson, dated 5/23/2017, 6/29/2017, 8/18/2017, 9/14/2017, 9/16/2017, 9/28/2017 and 9/29/2017 | | |
| 455 | HGW-00104849 | HGW-00104864 | Texts btwn Donald Seals and Henry Watson, dated 10/11/2017, 10/12/2017, 10/23/2017, 10/27/2017,  10/29/2017, 10/30/2017, 11/7/2017, 11/14/2017, 12/13/2017, 12/20/2017, 1/4/2018, 1/8/2018, 1/22/2018, 1/25/2018, 2/16/2018, 2/22/2018, 3/26/2018 and 1/7/2018 | | |
| 456 | HGW-00104865 | HGW-00104886 | Amity checks to Watson | | |
| 457 | HGW-00104887 | HGW-00105013 | Amity checks to Brenda Addison | | |
| 458 | HGW-00092726 | HGW-00092743 | Watson Billing Register Claims billed by PMI-G0181 | | |
| 459 | HGW-00092744 | HGW-00092746 | Watson Billing Register for G0180 billed by PMI | | |

| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
|---|---|---|---|---|---|
| | | | United States v. Watson - Government Exhibit List | | |
| 460 | HGW-00092712 | HGW-00092717 | Watson-Home Health Care plan super bills - received but not billed | | |
| 461 | HGW-00092718 | HGW-00092725 | Watson-homehealth care plan super bills -billed by PMI | | |
| 462 | HGW-00092698 | HGW-00092709 | WATSON-MEDICARE PAYMENT EOB FOR G-CODE-EXAMPLE | | |
| 463 | HGW-00115645 | HGW-00115653 | Watson_Lubrin text messages | | |
| 464 | HGW-00105014 | HGW-00105188 | Watson - Arlington Med. Center bank records (WF x5701) | | |
| 465 | HGW-00105189 | HGW-00105487 | Watson - Preventive Care bank records (TP x7973) | | |
| 466 | HGW-00105488 | HGW-00105573 | Watson - TP, Western Alliance cashed checks | | |
| 467 | HGW-00105574 | HGW-00105967 | Watson bank records (WF x1114) | | |
| 468 | HGW-00105968 | HGW-00106301 | Watson bank records (TP x3806) | | |
| 469 | HGW-00106302 | HGW-00108307 | Watson bank records (WF x7671) | | |
| 470 | HGW-00108308 | HGW-00108509 | Watson - Preventive Care bank records (WF x5862) | | |
| 471 | HGW-00108510 | HGW-00108538 | Watson bank records (WF x2859) | | |
| 472 | HGW-00108539 | HGW-00109150 | Maria Christian bank records (BoA x2853) | | |
| 473 | HGW-00109151 | HGW-00109152 | Maria Christian bank record (2015.5.11 Lubrin check) (BoA x4707) | | |
| 474 | HGW-00109153 | HGW-00109915 | Maria Christian bank records  (BoA x4707) | | |
| 475 | HGW-00109916 | HGW-00110157 | Maria Christian bank records (Watson checks) (BoA x4707) | | |
| 476 | HGW-00110158 | HGW-00110469 | Maria Christian bank records (BoA x4707) | | |
| 477 | HGW-00110470 | HGW-00110614 | Premier bank records (Maria Christian and Watson checks) (x3992) | | |
| 478 | HGW-00110615 | HGW-00110615 | Premier bank records (Watson checks) (x4247) | | |
| 479 | HGW-00110616 | HGW-00110617 | Premier bank records (Watson and Maria Christian checks) (x6735) | | |
| 480 | HGW-00110618 | HGW-00111218 | Premier bank records (JPMC x3992) | | |
| 481 | HGW-00111219 | HGW-00111936 | Premier bank records (JPMC x4247) | | |
| 482 | HGW-00111937 | HGW-00111942 | Premier bank recrords (JPMC x6735) | | |
| 483 | HGW-00111943 | HGW-00112025 | St. James bank records (Maria Christian checks) (x5087) | | |
| 484 | HGW-00112026 | HGW-00112549 | St. James bank records (JPMC x5087) | | |
| 485 | HGW-00112550 | HGW-00112551 | Amity/Singh bank records (Watson checks) (FRE x1173) | | |
| 486 | HGW-00112552 | HGW-00112783 | Amity/Singh bank records (FRE x1173) | | |
| 487 | HGW-00112784 | HGW-00112804 | Amity/Singh bank records (Watson checks) (WF x3890) | | |
| 488 | HGW-00112805 | HGW-00113347 | Amity/Singh bank records (WF x3890) | | |
| 489 | HGW-00113348 | HGW-00113362 | Advent bank records (Massen checks) (WF x7516) | | |
| 490 | HGW-00113363 | HGW-00113515 | Advent bank records (WF x7516) | | |
| 491 | HGW-00113516 | HGW-00113520 | Amity bank records (Massen checks) (WF x3890) | | |
| 492 | HGW-00113521 | HGW-00113957 | Massen bank records (Citi x4247) | | |
| 493 | HGW-00113958 | HGW-00114299 | Massen/ R Singh bank records and checks (WF x0507) | | |
| 494 | HGW-00114300 | HGW-00114447 | Massen/ R Singh bank records and checks (WF x9330) | | |
| 495 | HGW-00114448 | HGW-00114452 | Amity bank records (Reynolds payments) (FRE x1173, WF x3890) | | |
| 496 | HGW-00114453 | HGW-00114551 | Advent bank records (Santos payments) (FRE x1130) | | |
| 497 | HGW-00114552 | HGW-00114650 | Amity bank records (Santos checks) (FRE x1173) | | |
| 498 | HGW-00114651 | HGW-00114825 | Amity bank records (FRE x1173) | | |
| 499 | HGW-00114826 | HGW-00114985 | Amity bank records (Santos checks) (WF x3890) | | |
| 500 | HGW-00114986 | HGW-00115457 | Amity bank records (WF x3890) | | |
| 501 | HGW-00115458 | HGW-00115462 | Amity/Singh checks to Santos (WF x9330) | | |
| 502 | HGW-00115463 | HGW-00115618 | Amity/Singh bank records (WF x9330) | | |
| 503 | HGW-00115619 | HGW-00115644 | Amity checks to Seals | | |
| 504 | HGW-00115667 | HGW-00115710 | Amity checks to Seals | | |
| 505 | HGW-00115654 | HGW-00115666 | Amity checks to Brenda Addison | | |
| 506 | US-00424665 | US-00424678 | HH referral forms (Watson office) | | |
| 507 | US-00427982 | US-00427986 | Luzminda Viray patient records (Watson office) | | |
| 508 | US-00433417 | US-00433428 | Abraham Palpal-Latoc patient records (Watson office) | | |

| | | | United States v. Watson - Government Exhibit List | | |
|---|---|---|---|---|---|
| Exhibit No. | Bates Beg. | Bates End | Description | Date Marked | Dated Admitted |
| 509 | US-00434560 | US-00434562 | Palpal-Latoc empty folders (Watson office) | | |
| 510 | US-00434635 | US-00434724 | Luzminda Viray patient records (Watson office) | | |
| 511 | HGW-00103119 | HGW-00103119 | Text btw Donald Seals and Watson | | |
| 512 | HGW-00098782 | HGW-00098784 | Texts btw CW-1 and Watson | | |
| 513 | HGW-00103123 | HGW-00103123 | Text btw CW-1 and Glennda Santos on 4/14/2017 | | |
| 514 | HGW-00103124 | HGW-00103124 | Text btw UCE and Watson | | |
| 515 | HGW-00103125 | HGW-00193128 | Watson SMS extraction report | | |
| 516 | HGW-00103129 | HGW-00103132 | SMS text btw Amanda Singh, Brenda Addison, Donald Seals | | |
| 517 | HGW-00103133 | HGW-00103139 | Texts btw Donald Seals and Watson | | |
| 518 | HGW-00103226 | HGW-00103724 | Examination report for Watson MMS | | |
| 519 | HGW-00103725 | HGW-00104403 | Examination report for Watson SMS | | |
| 520 | HGW-00104406 | HGW-00104406 | Watson phone extraction_sms | | |
| 521 | TBD | TBD | Charts re: Part A billing and Watson (Amity, St. James, Premier, Onlyserve  (Ryan Berkowitz) | | |
| 522 | TBD | TBD | Charts re: Part B billing for Watson (Ryan Berkowitz) | | |
| 523 | TBD | TBD | Charts re: Amity referrals and kickback payments, and Watson cash deposits (Alex Oberlander) | | |
| 524 | TBD | TBD | Charts re: Watson payments from Maria Christian, Lubrins, and Ghosh (Alex Oberlander) | | |
| 525 | TBD | TBD | Charts re: Maria Christian compensation from St. James, Premier, Onlyserve (Alex Oberlander) | | |
| 526 | TBD | TBD | Charts re: Watson referrals to St. James, Premier, Onlyserve (Alex Oberlander) | | |