1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KRISTINA GREEN (NYBN 5226204)
   KATHERINE M. LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6912
       FAX: (415) 436-7234
8      kristina.green@usdoj.gov
       katherine.lloyd-lovett@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00375 CRB |
| Plaintiff, | UNITED STATES' AMENDED PROPOSED ADDITIONS TO JURY QUESTIONNAIRE |
| v. | |
| HENRY GEOFFREY WATSON, | |
| Defendant. | |

The government hereby respectfully submits the following amended version of its proposed additional questions for inclusion in the juror questionnaire employed in this matter. As discussed with the Court at the Pretrial Conference, the government has added one additional proposed question, Question 7, below.

**Proposed Additional Questions**

1. Do you or anyone close to you have any education, training, or work experience in the medical profession as a doctor, nurse, physician assistant, social worker, physical therapist, or otherwise? If yes, please describe.

U.S. AMENDED PROPOSED QUESTIONNAIRE ADDITIONS
CR 20-00375 CRB

2. Have you or someone close to you ever provided or received home health care? If yes, please describe.

3. Do you have any strong feelings about or experiences with the Medicare system that would influence your ability to judge the facts of a criminal case involving Medicare payments? If yes, please describe.

4. Do you have any negative or positive feelings towards the federal government? If yes, please describe.

5. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused? If yes, please describe.

6. Do you understand and read the English language?

7. Do you have any feelings or concerns about the use of an undercover law enforcement agent in a criminal investigation that would influence your ability to judge the facts of a criminal case involving the use of such an undercover agent? If yes, please describe.

DATED: September 1, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
KRISTINA GREEN
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorneys

U.S. AMENDED PROPOSED QUESTIONNAIRE ADDITIONS
CR 20-00375 CRB    2