ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    kristina.green@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-375 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE PRETRIAL SCHEDULE |
| v. | |
| HENRY GEOFFREY WATSON, | |
| Defendant. | |

    The parties appeared before the Court on August 31, 2023, and trial was re-set from September 18, 2023, to October 10, 2023.  Dkt. 122.  The parties had previously agreed on a deadline of September 13, 2023, for the submission of trial exhibits to the Court.  Dkt. 97.  Due to the delay in the trial date and after consultation with the Court's Courtroom Deputy, the parties hereby agree and stipulate that the deadline for submission of trial exhibits to the Court is extended to October 3, 2023, one week prior to trial.

//

//

1  IT IS SO STIPULATED.

2

3  DATED:     September 1, 2023              /s/
                                             KRISTINA GREEN
4                                            KATHERINE M. LLOYD-LOVETT
                                             Assistant United States Attorneys
5

6  DATED:     September 1, 2023              /s/
                                             MICHAEL KHOURI
7                                            Counsel for Defendant Henry Geoffrey Watson

8

9                              **[PROPOSED] ORDER**

10     Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

11 Court orders that the parties shall submit trial exhibits to the Court by October 3, 2023.

12     IT IS SO ORDERED.

13

14 DATED: _____

15                                           _____
                                             THE HON. CHARLES BREYER
16                                           United States District Judge