MIRANDA KANE (CA Bar No. 150630)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mkane@conmetkane.com

Attorneys for Henry Geoffrey Watson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>HENRY GEOFFREY WATSON,<br><br>    Defendant. | CASE NO. CR-20-0375-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CLARIFY RELEASE CONDITIONS** |

On November 1, 2023, Defendant Henry Geoffrey Watson, who has been on pre-trial release since September 2019 without any conditions limiting his medical practice, was found guilty of Conspiracy to Pay and Receive HealthCare Kickbacks in violation of 18 U.SC. § 371; Solicitation and Receipt of Kickbacks in Connection with a Federal Health Care Program, in violation of 42. U.S.C. § 1320a-7(b)(1)(A); False Statements Regarding Health Care Matters, in violation of 18 U.SC. § 1035, and Health Care Fraud, in violation of 18 U.SC. § 1347, after an eight-day jury trial. Following the verdict, the Court on its own motion modified his conditions of release to add the following prohibition: "The defendant or anyone acting on his behalf or at his direction are precluded from submitting any

claim/or Medicare or Medicaid payment/reimbursement and he is not permitted to provide any medical services to any patient who is eligible for Medicare or Medicaid services." (Dkt. 182-1).

The parties agree that Dr. Watson should be allowed to help his current Medicare and Medicaid patients in their transitions to new healthcare providers without violating the Court's Order. Such transition efforts, including, but not limited to: meeting or conferring telephonically with patients, other doctors or medical personnel, do not constitute "medical services." Dr. Watson further understands that he may not bill Medicare or Medicaid for any time related to these transition efforts, nor may anyone acting on his behalf or direction bill Medicare or Medicaid for their time.

By agreeing to this Stipulation, Dr. Watson does not waive his right to ask the Court for a further modification of this or any other release condition in the future.

AUSAs Green and Lloyd-Lovett have reviewed this Stipulation and [Proposed] Order and authorize undersigned counsel to file it on the parties' behalf.

**IT IS SO STIPULATED.**

Date: November 21, 2023                    _____/s/_____
                                           MIRANDA KANE
                                           Attorney for Henry Geoffrey Watson


Date: November 21, 2023                    _____/s/_____
                                           KATHERINE LLOYD-LOVETT
                                           KRISTINA GREEN
                                           Assistant United States Attorneys

# [~~PROPOSED~~] ORDER

**GOOD CAUSE BEING SHOWN**. Defendant Henry Geoffrey Watson may help his current Medicare and Medicaid patients find new health care providers without violating his conditions of release as long as he does not provide patients with medical services. However, Dr. Watson may not bill Medicare or Medicaid for time spent in this transition effort, nor may anyone acting on his behalf or at his direction bill Medicare or Medicaid for such work. All other conditions of release will remain in full force and effect.

Dr. Watson is not precluded by this Order from seeking further modifications to his conditions of release in the future.

**IT IS SO ORDERED.**

Date: November 27, 2023

_____
CHARLES R. BREYER
United States District Court