MIRANDA KANE (CA Bar No. 150630)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mkane@conmetkane.com

Attorney for Henry Geoffrey Watson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HENRY GEOFFREY WATSON,<br><br>          Defendant. | CASE NO. CR-20-0375-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULING FOR POST-TRIAL MOTIONS** |

The Plaintiff, the United States of America, by and through its counsel of record, Kristina Green and Katherine Lloyd-Lovett, and the Defendant, Henry Geoffrey Watson, MD, by and through his counsel of record, Miranda Kane, hereby stipulate and agree to the following:

1. The last day for the defense to file motions under Federal Rules of Criminal Procedure 29 and 33 is February 9, 2024.
2. The last day for the government to file its opposition to defendant's motions is February 23, 2024.
3. The last day for the defense to reply to the government's opposition is March 1, 2024.
4. The last day for a motions hearing (if any) is March 15, 2024.
5. Sentencing will take place on March 29, 2024.

AUSAs Green and Lloyd-Lovett have reviewed this Stipulation and [Proposed] Order and authorize undersigned counsel to file it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: January 11, 2024                             Respectfully submitted,

                                                    **CONRAD | METLITZKY | KANE LLP**

                                                    */s/ Miranda Kane*
                                                    MIRANDA KANE
                                                    Attorney for Henry Geoffrey Watson


DATED: January 11, 2024                             ISMAIL J. RAMSEY
                                                    United States Attorney


                                                    */s/ Kristina Green*
                                                    KATHERINE M. LLOYD-LOVETT
                                                    KRISTINA GREEN
                                                    Assistant United States Attorneys

- 1 -

CASE NO. CR-20-0375-CRB                             STIP AND [~~PROPOSED~~] ORDER
                                                    TO AMEND SCHEDULING FOR POST-TRIAL MOTIONS

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-20-0375-CRB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO AMEND SCHEDULING FOR POST-TRIAL MOTIONS |
| v. | |
| HENRY GEOFFREY WATSON, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, this briefing schedule is hereby ordered.

IT IS SO ORDERED.

Dated: January 11, 2024

_____
THE HONORABLE CHARLES R. BREYER
United States District Court

CASE NO. CR-20-0375-CRB                [~~PROPOSED~~] ORDER
TO AMEND SCHEDULING FOR POST-TRIAL MOTIONS